STANDING C[HAP]TER 13 TRUSTEE ALEJANDRO O[LIV]ERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

EDGAR AMERICO MARTINEZ ROSARIO     Case No. 08-08071-GAC
GRISELL MARIE COVAS TORO     Chapter 13     Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |
| [ ] Pro-se | | |
| [ ] Substitute _Valdés_ | | |

Date: January 12, 2009
Time: 11:20 am    Track: 7
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: $5,820.00
Creditors: Cortés – Hacienda

### II. Oath Administered
[✓] Yes     [ ] No

### III. Documents Filed/Provided

- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
  - [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate

- [ ] DSO Recipient's information
- [✓] State Tax Returns 04-07 [✓] Returned
- [ ] Federal Tax Returns _____ [ ] Returned
- [✓] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[✓] Closed     [ ] Not Held     [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

- [ ] Feasibility
- [ ] Insufficiently funded
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)
- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [ ] Tax returns missing
  - [ ] State - years _____
  - [ ] Federal - years _____

- [ ] No DSO certificate (Post-petition)
- [ ] Evidence of income
  - [ ] Missing    [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
  - [ ] Incomplete    [ ] Missing
  - [ ] Fails commitment period [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
  - [ ] Missing [ ] More than 180 days
  - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other:

STANDING C[HA]PTER 13 TRUSTEE ALEJANDRO O[LIV]ERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
EDGAR AMERICO MARTINEZ ROSARIO
GRISELL MARIE COVAS TORO

Case No. 08-08071-GAC
Chapter 13
Attorney Name: MARILYN VALDES ORTEGA*

VI. Plan (Cont.)
Date: 12/8/08  Base $ 33,600.00  [X] Filed  Evidence of Pmt shown: Payroll deduction → 12/23/08-12/31/08
Payments 0 made out of 1 due.  [ ] Not Filed

VII. Confirmation Hearing Date: February, 6, 2009

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 0.00  = $ 3,000.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other:
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months
_____
_____

[ ] Public Liability Insurance
    [ ] Premises_____
    [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee:  Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

COMMENTS

① Amend plan and provide for tax refunds during commitment period. (2007: $2,110  2006: $2,535  2005: $3,689). Also amend I accordingly (to eliminate prorata provision).

Trustee/Presiding Officer

Date: January 12, 2009
(Rev.