United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                            Case No. **08-08071**

**MARTINEZ ROSARIO, EDGAR AMERICO & COVAS TORO, GRISELL MARIE**      Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **1/15/2009**
☑ PRE ☐ POST-CONFIRMATION               Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$    450.00 x   6 = $    2,700.00
$    550.00 x   30 = $    16,500.00
$    600.00 x   24 = $    14,400.00
$           x       = $
$           x       = $

TOTAL: $    **33,600.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**PERIODIC PAYMENTS COME FROM TAX RETURNS**

Periodic Payments to be made other than, and in addition to the above:
$500.00   x 5   = $ 2,500.00

PROPOSED BASE: $    **36,100.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $    **3,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# **0080023181**    # _____    # _____
$    **17,188.12**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO**    Cr. _____    Cr. _____
# **0324-9605962166**    # _____    # _____
$    **6,501.18**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ADEQUATE PROTECTION PAYMENT TO BBVA (AUTO) UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO BBVA (AUTO) THROUGH UNIVERSAL AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $1,760.00 DISBURSEMENT TO UNIVERSAL INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON MARCH 2009

BBVA BANCO: PO BOX 364745, SAN JUAN PR 00936-4745
DORAL BANK: PO BOX 71306, SAN JUAN PR 00936-8406

Signed: _____
        Debtor

_____
        Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**        Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>EDGAR AMERICO MARTINEZ ROSARIO<br>GRISELL MARIECOVAS TORO<br><br>**Debtor(s)** | **CASE NO.; 08-08071 GAC**<br><br>**CHAPTER 13 (ASSET CASE)** |

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 01/15/2008**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 16th, day of January, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

Label Matrix for local noticing
0104-3
Case 08-08071-GAC13
District of Puerto Rico
Old San Juan
Thu Jan 15 14:04:00 AST 2009

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

BUFETE GARCIA & FERNANDEZ
C/O JUAN D. GARCIA CHAMORRO
CALLE BOLIVIA 33, SUITE 701
SAN JUAN, PR 00917-2010

CARDMEMBER SERVICE
PO BOX 9001074
LOUISVILLE, KY 40290-1074

COMMUNITY READERS CLUB
PO BOX 3089
REDONDO BEACH, CA 90277-1089

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

Doral Bank-Consumo
PO Box 363814
San Juan, PR 00936-3814

GAP
PO BOX 530942
ATLANTA, GA 30353-0942

JC PENNEY
PO BOX 960001
ORLANDO, FL 32896-0001

Doral Bank Inc,
PO bOX 70308
San Juan, PR 00936-8308

AEELA
P.O. BOX 364508
SAN JUAN, PR 00936-4508

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

CALIFORNIA STUDENT AID COMMISION
C/O WINDHAM PROFESSIONAL, INC.
PO BOX 1048
SALEM, NH 03079-1048

CITI CARDS
PO BOX 183057
COLOMBUS, OH 43218-3057

COOP A/C EMPL. CENTRO MEDICO
PO BOX 2129
SAN JUAN, PR 00922-2129

DIVERSIFIED COLLECTION SERVICES, INC
PO BOX 9057
PLEASANTON, CA 94566-9057

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA 50364-0500

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896-0090

RECOVERY MANAGEMENT SYSTEMS CORP
FOR GE MONEY BANK (DBA JCPENNEY)
25 SE 2ND AVE, SUITE 1120
MIAMI, FL 33131-1605

AMERICAN EDUCATION SERVICES
PO BOX 8147
HARRISBURG, PA 17105-8147

BBVA BANCO
PO BOX 364745
SAN JUAN, PR 00936-4745

CAPITAL ONE
PO BOX 70884
CHARLOTTE, NC 28272-0884

CITIFINANCIAL
AVE. LUIS MUNOZ MARIN
AB #10
CAGUAS, PR 72649

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DORAL BANK
PO BOX 71306
SAN JUAN, PR 00936-8406

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS, SD 57117-5519

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369

PENTAGON FEDERAL CREDIT UNION
PO BOX 247080
OMAHA, NE 68124-7080

| | | |
|---|---|---|
| PINNACLE FINANCIAL GROUP<br>7825 WASHINGTON AVE. S STE 310<br>MINNEAPOLIS, MN 55439-2424 | SAM'S CLUB<br>PO BOX 103104<br>ROSWELL, GA 30076-9104 | WAL-MART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | EDGAR AMERICO MARTINEZ ROSARIO<br>PMB 58<br>PO BOX 1000<br>GARROCHALES, PR 00652-1000 | GRISELL MARIE COVAS TORO<br>PMB 58<br>PO BOX 1000<br>GARROCHALES, PR 00652-1000 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MARTINEZ ROSARIO, EDGAR AMERICO
COVAS TORO, GRISELL MARIE
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

End of Label Matrix
Mailable recipients    37
Bypassed recipients     1
Total                  38