# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>EDGAR AMERICO MARTINEZ ROSARIO<br>GRISELL MARIE COVAS TORO<br><br>**DEBTOR(S)** | CASE NUMBER: 08-08071 GAC<br><br>CHAPTER 13 ( ASSET CASE) |

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

    **a. To provide for the Lift of Stay in favor of Doral Financial, account ending #0644 and Doral Bank, account ending #6762.**

    3. Debtor (s) amend plan call for six(6) payments of $450.00, thirty (30) payments of $550.00, twenty four (24) payments of $600.00 and a Lump Sum Payment in month number (54) fifty four for a total base of $36,100.00 dollars with a provision for the payment of arrears to Doral Bank, account ending number-3181, the payment in full to BBVA, account ending number 2166.

    4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules. To includes Priority debt to Treasury Department (Hacienda).

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

## NOTICE

"Parties in interest are notified the have twenty (20) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 15th, day of May, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                      Case No. **08-08071 GAC**

**MARTINEZ ROSARIO, EDGAR AMERICO & COVAS TORO, GRISELL MARIE**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **5/11/2009**
☐ PRE ☐ POST-CONFIRMATION                     Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | | |
|---|---|---|---|---|---|
| $ | **450.00** x | **6** | = $ | **2,700.00** |
| $ | **550.00** x | **30** | = $ | **16,500.00** |
| $ | **600.00** x | **24** | = $ | **14,400.00** |
| $ | ____ x | ____ | = $ | ____ |
| $ | ____ x | ____ | = $ | ____ |

TOTAL: $ **33,600.00**

Additional Payments:
$ **2,500.00** to be paid as a LUMP SUM within **54 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**PERIODIC PAYMENTS COME FROM TAX RETURNS**

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **36,100.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Additional fees $350.00
Adjusted Balance $3,350.00
Signed: /s/
Debtor

Joint Debtor /s/

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**      Cr. ____      Cr. ____
# **3181**      # ____      # ____
$ **17,188.12**      $ ____      $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO**      Cr. ____      Cr. ____
# **2166**      # ____      # ____
$ **6,501.18**      $ ____      $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____      Cr. ____      Cr. ____
# ____      # ____      # ____
$ ____      $ ____      $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____      Cr. ____      Cr. ____
# ____      # ____      # ____
$ ____      $ ____      $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Phone: **(787) 758-4400**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MARTINEZ ROSARIO, EDGAR AMERICO & COVAS TORO, GRISELL MARIE     Case No. 08-08071 GAC
Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO BBVA (AUTO) UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.**

**INSURANCE TO BBVA (AUTO) THROUGH UNIVERSAL AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $1,760.00 DISBURSEMENT TO UNIVERSAL INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON MARCH 2009**

**DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF DORAL FINANCIAL CORPORATION (MORTGAGE LOAN) FOR THE ACCOUNT ENDING # 0644**

**DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF DORAL BANK (MORTGAGE LOAN) FOR THE ACCOUNT ENDING #6762**

**BBVA BANCO: PO BOX 364745, SAN JUAN PR 00936-4745**

**DORAL BANK: PO BOX 70308, SAN JUAN PR 00936-8308**

**DORAL FINANCIAL: PO BOX 70308, SAN JUAN PR 00936-8308**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDGAR AMERICO MARTINEZ ROSARIO
GRISELL MARIECOVAS TORO

Debtor(s)

CASE NO.; 08-08071 GAC

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13,**AMENDED PLAN DATED 05/11/2009**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 15th, day of May, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
GAP                                HOME DEPOT CREDIT SERVICES         ISLAND FINANCE
PO BOX 530942                      PROCESSING CENTER                  PO BOX 195369
ATLANTA, GA  30353-0942            DES MOINES, IA  50364-0500         SAN JUAN, PR  00919-5369


JC PENNEY                          JC PENNEY                          LVNV Funding LLC
PO BOX 960001                      PO BOX 960090                      Resurgent Capital Services
ORLANDO, FL  32896-0001            ORLANDO, FL  32896-0090            PO Box 10587
                                                                      Greenville, SC 29603-0587


PENTAGON FEDERAL CREDIT UNION      PINNACLE FINANCIAL GROUP           PR ACQUISITIONS LLC
PO BOX 247080                      7825 WASHINGTON AVE. S STE 310     270 MUNOZ RIVERA AVENUE SUITE 400
OMAHA, NE  68124-7080              MINNEAPOLIS, MN 55439-2424         SAN JUAN PR 00918-1910
                                                                      866-600-4753


PUERTO RICO ELECTRIC POWER         Recovery Management Systems Corporation   SAM'S CLUB
BANKRUPTCY CLAIMS OFFICE           For GE Money Bank                  PO BOX 103104
PO BOX 364267                      dba JC Penney Consumer Puerto      ROSWELL, GA 30076-9104
SAN JUAN PR 00936-4267             25 SE 2nd Ave Ste 1120
                                   Miami FL 33131-1605


TRIPLE-S PROPIEDAD                 WAL-MART                           eCAST Settlement Corporation assignee of Cap
PO BOX 9023862                     PO BOX 530927                      One Bank
SAN JUAN, PR 00902-3862            ATLANTA, GA  30353-0927            POB 35480
                                                                      Newark NJ 07193-5480


ALEJANDRO OLIVERAS RIVERA          EDGAR AMERICO MARTINEZ ROSARIO     GRISELL MARIE COVAS TORO
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS PMB 58                            PMB 58
PO BOX 9024062                     PO BOX 1000                        PO BOX 1000
SAN JUAN, PR 00902-4062            GARROCHALES, PR 00652-1000         GARROCHALES, PR 00652-1000


MARILYN VALDES ORTEGA              MONSITA LECAROZ ARRIBAS
VALDES-ORTEGA                      OFFICE OF THE US TRUSTEE (UST)
P O BOX 195596                     OCHOA BUILDING
SAN JUAN, PR 00919-5596            500 TANCA STREET  SUITE 301
                                   SAN JUAN, PR 00901-1938



           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Doral Bank                      (u)MARTINEZ ROSARIO, EDGAR AMERICO  End of Label Matrix
PO Box 70308                       COVAS TORO, GRISELL MARIE           Mailable recipients    49
San Juan. PR 00936-8308            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                         Bypassed recipients     2
                                                                       Total                  51
```

```
Label Matrix for local noticing              AEELA                                      BANCO BILBAO VIZCAYA
0104-3                                       AEELA                                      ANGEL VAZQUEZ BAUZA ESQ
Case 08-08071-GAC13                          P O BOX 70199                              PO BOX 191017
District of Puerto Rico                      SAN JUAN, PR 00936-8199                    SAN JUAN, PR 00919-1017
Old San Juan
Fri May 15 11:51:16 AST 2009

DORAL BANK INC                               RECOVERY MANAGEMENT SYSTEMS CORP           US Bankruptcy Court District of P.R.
ALEJANDRO CAMPORREALE MUNDO ESQ              FOR GE MONEY BANK (DBA JCPENNEY)           U.S. Post Office and Courthouse Building
PO BOX 70308                                 25 SE 2ND AVE, SUITE 1120                  300 Recinto Sur Street, Room 109
SAN JUAN, PR 00936-8308                      MIAMI, FL 33131-1605                       San Juan, PR 00901-1964


AEELA                                        AES/PHEAA                                  AMERICAN EDUCATION SERVICES
P.O. BOX 364508                              PO Box 8147                                PO BOX 8147
SAN JUAN, PR 00936-4508                      Harrisburg PA 17105-8147                   HARRISBURG, PA 17105-8147


BANCO BILBAO VIZCAYA ARGENTARIA PR           BANCO POPULAR DE PR                        BANCO SANTANDER
ANGEL M. VAZQUEZ BAUZA                       PO BOX 366818                              PO BOX 362589
PO BOX 191017                                SAN JUAN PUERTO RICO 00936-6818            SAN JUAN, PR 00936-2589
SAN JUAN PR 00919-1017


BBVA BANCO                                   BUFETE GARCIA & FERNANDEZ                  CALIFORNIA STUDENT AID COMMISION
PO BOX 364745                                C/O JUAN D. GARCIA CHAMORRO                C/O WINDHAM PROFESSIONAL, INC.
SAN JUAN, PR 00936-4745                      CALLE BOLIVIA 33, SUITE 701                PO BOX 1048
                                             SAN JUAN, PR 00917-2010                    SALEM, NH 03079-1048


CAPITAL ONE                                  CARDMEMBER SERVICE                         CITI CARDS
PO BOX 70884                                 PO BOX 9001074                             PO BOX 183057
CHARLOTTE, NC 28272-0884                     LOUISVILLE, KY 40290-1074                  COLOMBUS, OH 43218-3057


CITIFINANCIAL                                COMMUNITY READERS CLUB                     COOP A C EMPL CENTRO MEDICO
AVE. LUIS MUNOZ MARIN                        PO BOX 3089                                PO BOX 2129
AB #10                                       REDONDO BEACH, CA 90277-1089               SAN JUAN PR 00922-2129
CAGUAS, PR 72649


DEPARTAMENTO DE HACIENDA                     DEPARTAMENTO DEL TRABAJO                   DIVERSIFIED COLLECTION SERVICES, INC
PO BOX 9024140                               AVE. MUOZ RIVERA 505                       PO BOX 9057
OFICINA 424 B                                HATO REY, PR 00918-3352                    PLEASANTON, CA 94566-9057
SAN JUAN, PR 00902-4140


DORAL BANK                                   Doral Bank                                 Doral Bank-Consumo
PO BOX 71306                                 PO Box 70308                               PO Box 363814
SAN JUAN, PR 00936-8406                      San Juan, PR 00936-8308                    San Juan, PR 00936-3814


ECMC                                         FEDERAL LITIGATION DEPT OF JUSTICE         FIRST PREMIER BANK
P.O. Box 75906                               PO BOX 9020192                             PO BOX 5519
Saint Paul, MN 55175-0906                    SAN JUAN, PR 00902-0192                    SIOUX FALLS, SD 57117-5519
```